STATE OF NEW JERSEY v. JAMES MAGWOOD.

January 29, 1975.  Petition for certification denied.

STATE OF NEW JERSEY v. ALFIELD THOMAS.

January 29, 1975.  Petition for certification denied.

HARRIET ACKEN v. JAMES ALLEN CAMPBELL.

January 29, 1975.  Petition for certification denied.

DONALD J. SCHWARTZ v. TOWNSHIP OF CHATHAM.

January 29, 1975.  Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES B. LAWSON.

January 29, 1975.  Petition for certification denied.

JAMES BUIE v. WARD BAKERY.

January 29, 1975.  Petition for certification denied.